UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ALLAN BARBE,**　　　　　　　　　　　CASE NO.　**3:13-cv-067**

　　　　Plaintiff,　　　　　　　　　　　**Judge Timothy S. Black**

　　**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

　　Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

　　[ ]　**Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

　　[X]　**Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

　　**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the Commissioner for an immediate award of benefits from January 1, 2005 to March 31, 2010; and this case is **CLOSED** from the docket of the Court.

Date: November 25, 2013　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk